## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEPHEN COUCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.   12-904-SCW |
| | ) |
| SALVADOR A. GODINEZ, GLADYSE C. TAYLOR, DIRWIN L. RYKER, DONALD GAETZ, RICHARD YOUNG, ERIC NUTALL, and UNKNOWN MEDICAL PERSONNEL, | ) ) ) ) |
| | ) |
| Defendant(s). | ) |

### JUDGMENT IN A CIVIL CASE

Defendants **SALVADOR A. GODINEZ, GLADYSE C. TAYLOR, DIRWIN L. RYKER, DONALD GAETZ, RICHARD YOUNG**, were granted summary judgment on December 12, 2014 by an Order entered Chief Judge Michael J. Reagan (Doc. 97).

Defendants **UNKNOWN MEDICAL PERSONNEL** was dismissed on May 22, 2013 by an Order entered by Chief Judge Michael J. Reagan (Doc. 58).

The remaining issues came before this Court for jury trial and the jury has rendered its verdict in favor of Plaintiff Stephen Couch and against Defendant Eric Nutall (Doc. 135).

THEREFORE, judgment is entered in favor of Plaintiff **STEPHEN C. COUCH** and against Defendant **ERIC NUTALL** in the amount of two thousand eight hundred and seventy-one dollars ($2,871.00).

FRUTHERMORE, judgment is entered in favor of Defendants **SALVADOR A. GODINEZ, GLADYSE C. TAYLOR, DIRWIN L. RYKER, DONALD GAETZ, RICHARD YOUNG** and **UNKNOWN MEDICAL PERSONNEL** and against Plaintiff **STEPHEN COUCH**.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment

under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.    These deadlines for motions under Rule 59 cannot be extended by the Court.    The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 29th day of September,    2015

                                           **JUSTINE FLANAGAN, ACTING CLERK**

                                           **BY:** *_/s/ Angela Vehlewald_*
                                                     **Deputy Clerk**

**Approved by**  *_/s/ Stephen C. Williams_*
              **United States Magistrate Judge**
                   **Stephen C. Williams**